JS - 6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN D. KUOCH ) | CASE NO. SA CV09-0628-DOC(MLGx) |
| ) | |
| **Plaintiff(s),** ) | **ORDER OF DISMISSAL** |
| **v.** ) | |
| ) | |
| PARTNERS FEDERAL CREDIT UNION ) | |
| ) | |
| **Defendant(s).** ) | |
| _____ ) | |

Having considered the stipulation of the parties, the Court dismisses the above-entitled action in its entirety with prejudice.

IT IS SO ORDERED.

DATED: November 5, 2009

_____
DAVID O. CARTER
United States District Judge